IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01560-CMA-MJW

SUNRISE MEDICAL (US) LLC,

Plaintiff(s),

v.

PERMOBIL HOLDING AB,
PERMOBILE AB, and
PERMOBIL INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for the September 13, 2011 Scheduling/Planning Conference to be Held Telephonically, DN 13, filed with the Court on September 6, 2011, is GRANTED. Counsel for the plaintiff shall initiate a joint conference call on September 13, 2011, at 9:30 a.m. **(Mountain Time)** and connect the court as the final connection by calling (303) 844-2403.

Date:  September 7, 2011