IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01560-CMA-MJW

SUNRISE MEDICAL (US) LLC,

Plaintiff(s),

v.

PERMOBIL HOLDING AB,
PERMOBILE AB, and
PERMOBIL INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Enter Stipulation and Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 18-1) is APPROVED as amended in paragraph 18 and made an Order of Court.

Date: September 22, 2011