IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01560-CMA-MJW

SUNRISE MEDICAL (US) LLC,

Plaintiff(s),

v.

PERMOBIL HOLDING AB,
PERMOBILE AB, and
PERMOBIL INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff Sunrise Medical (U.S.) LLC's Motion for Leave to Amend Its Answer to Add a Third Affirmative Defendant Alleging Laches (docket no. 32) is GRANTED pursuant to Fed. R. Civ. P. 15.  I further find Defendants do not object to the relief sought in the subject motion. See response (docket no. 34). Plaintiff Sunrise Medical (U.S.) First Amended Answer to Counterclaims of Defendants (docket no. 32-1) is accepted for filing as of the date of this minute order.

Date:  March 13, 2012