IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01560-CMA-MJW

SUNRISE MEDICAL (US) LLC,

Plaintiff(s),

v.

PERMOBIL HOLDING AB,
PERMOBILE AB, and
PERMOBIL INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the *Joint Motion Pursuant to Amend the Scheduling Order (Docket No. 17) Pursuant to Fed.R.Civ.P.16(B)(4)*, Docket Number 38, filed with the Court on April 30, 2012, is GRANTED and the following deadlines are extended and the Scheduling Order is amended as follows:

| | |
|---|---|
| Non Expert Discovery Cut-off: | July 13, 2012 |
| Opening Expert Reports: | August 13, 2012 |
| Rebuttal Expert Reports: | September 13, 2012 |
| Expert Discovery Cut-off: | October 11, 2012 |
| Dispositive Motion Deadline: | November 13, 2012 |

Date:  May 2, 2012