IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01560-CMA-MJW

SUNRISE MEDICAL (US) LLC,

Plaintiff(s),

v.

PERMOBIL HOLDING AB,
PERMOBILE AB, and
PERMOBIL INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order Pursuant to Fed.R.Civ.P.16(B)(4) (Docket No. 41) is GRANTED.  The deadline for dispositive motions is extended to January 14, 2013.  The Final Pretrial Conference scheduled for November 26, 2012 at 9:00 a.m. is VACATED.  The Final Pretrial Conference is RESET for January 24, 2013 at 10:00 a.m.  The Scheduling Order (Docket No. 17) is so amended.

Date: October 15, 2012