## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 11-cv-01560-CMA-MJW

SUNRISE MEDICAL (US) LLC,

      Plaintiff,

v.

PERMOBIL HOLDING AB,
PERMOBIL AB, and
PERMOBIL INC.,

      Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

      Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), and the

Stipulated Dismissal With Prejudice (Doc #84) signed by the attorneys for the parties

hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own attorney fees and costs, it is

      FURTHER ORDERED that the Final Trial Preparation Conference, set for July

12, 2013, and the five-day jury trial set for July 29, 2013 are VACATED.

      DATED: May 24, 2013

                      BY THE COURT:

                      _____
                      Christine M. Arguello
                      United States District Court Judge